**BRIAN C. ANDRITCH # 203808**
**LAW OFFICE OF BRIAN C. ANDRITCH**
2140 Merced Street, Suite 101
FRESNO, CA 93721
PHONE (559) 495-0200
FAX (559) 495-0123

ATTORNEY FOR: Defendant, Martin Lyle

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 1:12-CR-00406-AWI-BAM |
|   Plaintiff, ) | |
| ) | |
|       Vs. ) | |
| ) | |
| MARTIN LYLE ) | |
|   Defendant, ) | |
| ) | |

**WAIVER OF APPEARANCE**
**AND**
**ORDER**

**TO: THE UNITED STATES DISTRICT COURT; UNITED STATES ATTORNEY'S OFFICE and/or ITS REPRESENTATIVES:**

   Defendant, MARTIN LYLE, by and through his attorney BRIAN C. ANDRITCH, hereby applies to this court for an Order waiving his appearance at the Status Conference currently set for September 23, 2013 at 10:00 a.m., in Department 8.

   The reason for this request is that Martin Lyle has been in continued contact with his attorney, and gives his attorney full power to act on his behalf. The matter of the Status

Conference has been discussed and Martin Lyle is satisfied that all relative matters have been adequately discussed.

It is hereby requested that Martin Lyle appearance at the hearing on September 23, 2013, at 10:00 a.m., be excused.

DATED: September 10, 2013.

>Respectfully submitted,
>BRIAN C. ANDRITCH
>
>/s/ Brian C. Andritch
>Attorney for Defendant

* * * * * *

**ORDER**

**GOOD CAUSE APPEARING,**

**IT IS HEREBY ORDERED** that Defendant, Martin Lyle, is hereby excused from appearing at the Status Conference currently scheduled for September 23, 2013, at 10:00 a.m.

IT IS SO ORDERED.

Dated:   September 10, 2013                    /s/ Barbara A. McAuliffe
                                               UNITED STATES MAGISTRATE JUDGE