1  BENJAMIN B. WAGNER
   United States Attorney
2  BRIAN W. ENOS
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, Ca 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10

11 | UNITED STATES OF AMERICA, | Case No: 1:12-cr-00406 AWI |
| --- | --- |
| Plaintiff, | **PROTECTIVE ORDER REGARDING THE EXAMINATION OF DIGITAL MEDIA CONTAINING CHILD PORNOGRAPHY** |
| v. | |
| MARTIN DAMINE LYLE, | |
| Defendant. | |

20                              ORDER

21     IT IS HEREBY ORDERED AS FOLLOWS:

22     1.     Homeland Security Investigations agents shall make a duplicate copy of the hard drive(s),
23 cellular phone(s) and any other storage media for defense analysis.

24     2.     The duplicate copies of the hard drive(s), cellular phone(s) and storage media shall be
25 made available for defense counsel, Brian C. Andritch, Esq., and defendant's proposed expert, Marcus
26 Lawson, or a colleague at the same employer, Global Compusearch, LLC, to review at Homeland
27 Security Investigations' offices for the purpose of preparing for trial in the above-entitled action. The

28                                    1

1  images on the hard drive(s), cellular phone(s) and storage media shall not be viewed by any other person
2  unless defense counsel is present and the viewing is necessary to prepare for defendant's defense.

3. A private room will be provided for the defense examination. No government agents will be permitted inside the room while this examination is taking place.

4. The expert will be permitted to bring whatever equipment, books or records he believes necessary to conduct the examination.

5. Neither the defense expert nor defense attorney shall remove the hard drive(s), cellular phone(s) or other storage media from the HSI offices.

6. With the exception of materials which would be considered child pornography under federal law (including visual images and data capable of conversion into a visual image), the expert may download and remove files or portions of files, provided the forensic integrity of the hard drive is not altered. The expert will certify in writing that he has taken no materials which would be considered child pornography under federal law and that he has not caused any child pornography to be sent off site.

7. Except when a defense expert or attorney fails to provide this certification, no Government official, or any person connected with the Government, will examine or acquire in any fashion any of the items used by the expert in order to conduct the defense analyses. However, should a defense expert fail to certify that the items to be taken off site do not contain child pornography, Government officials may then inspect or examine the materials in order to ensure that prohibited child pornography has not been removed.

8. When the defense indicates that it is finished with its review of the copy of the hard drives, said drives shall be "wiped" clean and promptly returned to defendant's proposed expert who originally provided the drives for the purpose of this examination.

///
///
///
///

9. Any disputes regarding the above or problems implementing this order shall be brought to the attention of the court through representative counsel after first consulting opposing counsel.

IT IS SO ORDERED.

Dated: October 31, 2013            _____
                                   SENIOR DISTRICT JUDGE